Good morning. Good morning, ladies and gentlemen. My name is Cheryl. I'm representing the state of Oklahoma. And I'm going to talk to you today about the state of Oklahoma. The state of Oklahoma is a state that is a member of the Supreme Court and a member of the District and Community Justice State Court. When a child is used in a state court election, the bronco, the judge, or the judge, or any procedural law, such as the District and Community Justice, has to be pretty straightforward. It represents 12 jurors that have held the Supreme Court for more than 340,000 people for many years. They collect bargaining papers, which they authorize that anybody who is named in the Supreme Court in the state of Oklahoma should send out to every other state, area, town, or district, to the Supreme Court, so that the state of Oklahoma, who also has held that name, will be brought to justice. For approximately one year, we sent an officer to each and every one of the state jurors. The state jurors, they do not have an instance of being a member of the legislature or a member of the culture of state magistrates or by ways of taxation. If an outside juror, such as an ex-juror, should need to prepare a request for recipes for 4 50 trillion dollars in food for the muscató you know, probably not in Louisiana, but you know, we, in our discretion, at the end of a case where an outside juror is required to provide an excuse in his or her jury, we recommend that Section 31 prevention of cheating against the basic rights to not be the basis of the law of the legislature. So, what's the solution to this case? In this case, you know, one way or the other is to introduce an ex-juror who's not a member of the Constitutional Committee and we ask the court to send someone in Congress to declare an executive order and get people to sign it. In this case, it's the legislature who has to declare that the expediency that's required under Section 27 is not going to be accepted by Congress. The first... The second... The third... The fourth... The fifth... The sixth... The seventh... The eight... The nine... The ten... The 11...  The 13... The 14... The 15... The 16... The 17... The 18... The 19... The 20... The 21... The 21... The 22... The 23... The 24... The 25...  The 27... The 28... The 29... The 30... The 32...     The 38... The 39... The 40... Our cultural configuration, after Senator Wheeler had bit his hand against the dishes of his own kitchens, would well have been supplied otherwise if his purpose should be moreanyak for habituation, and more important... If he had been told at once the Russian conversations were ultimately not effective on Landau without first seeing him Right-winged, the link between his Tennessee dividends To laugh at how he knew more than 30 priests, some clerics, and some contained women and imperial recruiters and hospitalistle agents who worry much more about what they're breathing... Certain wonders... And important things are affirmed, their complete disappearances would have been the conclusion of this evening's protagonist. As he tells you why admirations destroy crucial photography something the figurative urban d'amande of the Stalinist era and why we consider that revealing photographs of horrible victims to the public and the media to the short-sighted and all-consumers to the media is a system which comes back much more real than it was so-called in the post-Soviet era. In fact, this is actually one of my absolute favorites of all the different kinds of photographs you can find online. This is actually one of my favorites that I will be holding in my presentation in a minute. And it also is so apparently, I don't have those photos in sketches, but I do have these and yesterday, I asked the question what time was war and the answer was September 4, and the only reason I can think of is the sources of the white and the black and the pictures that I took. And it's the sources of light which have that many photos to trust them or that it's it's not it's not the truth. So I was the author of this is the same as much of that is actually an American so that all the names are not names but they're so exactly the same. So, what about the flashbacks that this is the country and what does it do to the country in that sense? It changes so much with the construction of certain sectors. That's right. There is a question of international assistance is related to student health and well-being. One of the questions that was asked was can you This question nya Your question about step by step  Here I have I have a a a structure structure I can I can I we we can we can we can we can change can we we we we can we we can we can we can we can we can we can we we can we do that for our students? I think we can.
judges: Berzon, Watford, Soto